IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JERRY LEON ROBINSON** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:15cv251-HSO-JCG** |
| | § | |
| **DRUG ENFORCEMENT** | § | |
| **AGENCY**, *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard upon the Motion to Dismiss or, in the Alternative, for Summary Judgment [21] filed by Defendants Drug Enforcement Agency and the United States Attorney's Office for the Southern District of Mississippi. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 12th day of April, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE